THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID BURR, Appellant, v JOHN A. DILLON, as Erie County Court Judge, et al., Respondents. [718 NYS2d 692] —Judgment unanimously affirmed without costs. Same Memorandum as in *People ex rel. Burr v Clark* ([appeal No. 1] 278 AD2d 938 [decided here-

with]). (Appeal from Judgment of Erie County Court, Drury, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.